ALLAN S. BLOOM (AB-4125)
JENNIFER L. BARTLE (JB-3589)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAISIIN BETHEA, FREDDIE GONZALEZ, JASON GUISHARD, OMAR HARRIS, ALEX MASS, and RODNEY VANTERPOOL, individually,<br><br>Plaintiffs,<br><br>- against -<br><br>EQUINOX FITNESS CLUB, EQUINOX HOLDINGS, INC., THE EQUINOX GROUP, INC., EQUINOX COLUMBUS CENTRE, INC., BROADWAY EQUINOX, INC., EQUINOX 63RD STREET, INC., EQUINOX WALL STREET, INC., EQUINOX GREENWICH AVENUE, INC., EQUINOX TRIBECA INC., DENISE BERG,<br><br>Defendants. | No. 07 Civ. 2018 (JSR)<br><br>**NOTICE OF FILING OF REMOVAL NOTICE WITH THE <u>STATE SUPREME COURT</u>** |

PLEASE TAKE NOTICE that on March 13, 2007, Defendants Equinox Fitness Club, Equinox Holdings, Inc., The Equinox Group, Inc., Equinox Columbus Centre, Inc., Broadway Equinox, Inc., Equinox 63rd Street, Inc., Equinox Wall Street, Inc., Equinox Greenwich Avenue, Inc., Equinox Tribeca Inc., and Denise Berg (collectively "Defendants"), filed notice of their removal of this civil action to the United States District Court for the

Southern District of New York with the Clerk of the Supreme Court of New York, County of New York, pursuant to 28 U.S.C. § 1446(d).

Dated: March 13, 2007　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Allan S. Bloom (AB-4125)
Jennifer L. Bartle (JB-3589)

75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

*Attorneys for Defendants*

LEGAL_US_E # 74294644.2

ALLAN S. BLOOM
JENNIFER L. BARTLE
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAISIIN BETHEA, FREDDIE GONZALEZ,
JASON GUISHARD, OMAR HARRIS, ALEX
MASS, and RODNEY VANTERPOOL,
individually,

                Plaintiffs,

- against -

EQUINOX FITNESS CLUB, EQUINOX
HOLDINGS, INC., THE EQUINOX GROUP,
INC., EQUINOX COLUMBUS CENTRE, INC.,
BROADWAY EQUINOX, INC., EQUINOX 63RD
STREET, INC., EQUINOX WALL STREET, INC.,
EQUINOX GREENWICH AVENUE, INC.,
EQUINOX TRIBECA INC., DENISE BERG,

                Defendants.

Case No. 07 Civ. 2018 (JSR)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK)

      FRANK N. DAGOSTINO, being duly sworn, deposes and says. I am not a party to this action, am over 18 years of age, and reside in Richmond County, Staten Island.

On the 14th day of March, 2007, Deponent personally served a true copy of the within NOTICE OF FILING OF REMOVAL NOTICE WITH THE STATE SUPREME COURT upon the following by personally delivery to and leaving true copies of same as addressed below:

> HERZFELD & RUBIN, P.C.
> 40 Wall Street
> 45th Floor
> New York, NY 10005

the address designated by them for this purpose.

Frank N. Dagostino

Sworn to before me this
14th day of March, 2007

Notary Public

MUYINDEEN OLAJIDE
Notary Public, State of New York
No. 01OL6105455
Qualified in Kings County
Commission Expires 02/09/2009