PRO SE OFFICE

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1213

| | |
|---|---|
| JAISIIN BETHEA, FREDDIE GONZALEZ, JASON GUISHARD, OMAR HARRIS, ALEX MASS, and RODNEY VANTERPOOL, individually,<br><br>Plaintiffs,<br><br>-against-<br><br>EQUINOX FITNESS CLUB, EQUINOX HOLDINGS, INC., THE EQUINOX GROUP, INC, EQUINOX COLUMBUS CENTRE, INC., BROADWAY EQUINOX, INC., EQUINOX 63RD STREET, INC., EQUINOX WALL STREET, INC., EQUINOX GREENWICH AVENUE, INC., EQUINOX TRIBECA INC., DENISE BERG,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>07-civ-2018 (JSR) |



Notice is hereby given that JAISIIN BETHEA, FREDDIE GONZALEZ, JASON GUISHARD, OMAR HARRIS, ALEX MASS, and RODNEY VANTERPOOL hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment dismissing the complaint with prejudice entered in this action on the 18th day of April, 2008.

Dated: May 14, 2008

_____
Alex Mass
13100 Tazanari Way, Apt. 402
Woodbridge, VA 22192
917-217-9932


_____
Omar Harris
3430 Sunset Avenue, Apt 145-E
Rocky Mount, NC 27804
917-279-4219


_____
Jason Guishard
423 Lindlay Road, Apt. 116
Clemson, SC 29631
864-480-8058

_____
Freddie Gonzalez
2 East 128th Street, Apt. 4C
New York, New York 10029
646-506-4329

_____
Rodney Vanterpool
1341 Commonwealth Avenue
Bronx, NY 10472
646-272-9327


_____
Jaisiin Bethea
2558 Grand Concourse, Apt. 4G
Bronx, NY 10458
347-880-2944


Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Dated: May 14, 2008

_____
Alex Mass
13100 Tazanari Way, Apt. 402
Woodbridge, VA 22192
917-217-9932

_____
Omar Harris
3430 Sunset Avenue, Apt 145-E
Rocky Mount, NC 27804
917-279-4219

_____
Jason Guishard
423 Lindlay Road, Apt. 116
Clemson, SC 29631
864-480-8058

_____
Freddie Gonzalez
2 East 128th Street, Apt. 4C
New York, New York 10029
646-506-4329

_____
Rodney Vanterpool
1341 Commonwealth Avenue
Bronx, NY 10472
646-272-9327

_____
Jaisiin Bethea
2558 Grand Concourse, Apt. 4G
Bronx, NY 10458
347-880-2944

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Dated: May 14, 2008

Alex Mass
13100 Tazanari Way, Apt. 402
Woodbridge, VA 22192
917-217-9932

Freddie Gonzalez
2 East 128th Street, Apt. 4C
New York, New York 10029
646-506-4329

Omar Harris
3430 Sunset Avenue, Apt 145-E
Rocky Mount, NC 27804
917-279-4219

Rodney Vanterpool
1341 Commonwealth Avenue
Bronx, NY 10472
646-272-9327

*/s/ Jason Guishard*
Jason Guishard
423 Lindlay Road, Apt. 116
Clemson, SC 29631
864-480-8058

Jaisiin Bethea
2558 Grand Concourse, Apt. 4G
Bronx, NY 10458
347-880-2944

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).